**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PHILLIP WALKER, | Case No. 2:21-cv-03423-MCS-PVC |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| LINDA M. RECABAREN, personal representative of the Estate of Lorrine J. Recabaren; RALLY'S S. AVALON, a business of unknown form; and DOES 1–10, | |
| Defendants. | |

1

Pursuant to this Court's Order Dismissing Case,

IT IS ADJUDGED that the action is dismissed without prejudice for lack of subject-matter jurisdiction. Judgment is entered in favor of Defendants Linda M. Recabaren, as personal representative of the Estate of Lorrine J. Recabaren, and Rally's S. Avalon. Plaintiff Phillip Walker shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: June 29, 2022

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE